UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

| | |
|---|---|
| JACK D. FERRELL<br>*Plaintiff*<br>v.<br>COMMISSIONER OF SOCIAL SECURITY<br>*Defendant* | )<br>)<br>)   Case Number: 3:10-cv-00097-DGW<br>)<br>)<br>) |

# **JUDGMENT IN A CIVIL ACTION**

The Court has ordered that:

X    Pursuant to the Memorandum and Opinion entered on September 26, 2011, Judgment is hereby entered in favor of Defendant Commissioner of Social Security, and against Plaintiff Jack D. Ferrell.

This action was:

X    decided by United States Magistrate Judge Donald G. Wilkerson on review of the complaint.

Dated: September 26, 2011

NANCY J. ROSENSTENGEL, Clerk

s/ Jackie Payton
Deputy Clerk